# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANDREWS,<br><br>  Petitioner,<br><br> v.<br><br>C. KOENIG,<br><br>  Respondent. | Case No. 1:21-cv-00168-EPG-HC<br><br>ORDER DENYING AS MOOT PETITIONER'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 6) |

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 18, 2021, the Court received the instant application to proceed *in forma pauperis*. (ECF No. 6). The Court previously authorized Petitioner to proceed *in forma pauperis* on February 11, 2021. (ECF No. 4).

Accordingly, the Court HEREBY ORDERS that Petitioner's application to proceed *in forma pauperis* is DENIED as MOOT.

IT IS SO ORDERED.

Dated: **February 19, 2021**         /s/ Erica P. Grosjean
                      UNITED STATES MAGISTRATE JUDGE