# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANDREWS, <br><br> Petitioner, <br><br> v. <br><br> C. KOENIG, <br><br> Respondent. | Case No. 1:21-cv-00168-DAD-EPG-HC <br><br> ORDER GRANTING PETITIONER'S MOTION TO FILE SUPPLEMENTAL PLEADING <br><br> (ECF No. 13) |

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 7, 2021, Petitioner moved to file a supplemental pleading. (ECF No. 13). Respondent has not filed an opposition to the motion, and the time for doing so has passed.

Accordingly, the COURT HEREBY ORDERS that Petitioner's motion to file a supplemental pleading is GRANTED.

IT IS SO ORDERED.

Dated: **May 3, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE